UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **25-CR-20168-MOORE/D'ANGELO**

18 U.S.C. § 666(a)(1)(B)
18 U.S.C. § 4
18 U.S.C. § 2
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

DALE ROBINSON and
MARCIA ROBINSON,

    Defendants.
_____/

FILED BY ____BM____ D.C.

Apr 15, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times material to this Information:

1.  Miami-Dade County ("Miami-Dade") was a political subdivision of the State of Florida located within the Southern District of Florida. Miami-Dade was subject to the laws of the State of Florida and the United States. Miami-Dade's county government included numerous departments carrying out the county's functions in providing a variety of services. These departments included the Miami-Dade Department of Transportation and Public Works ("Miami-

Dade Transit") and the Miami-Dade Finance Department ("Miami-Dade Finance"). Each of these departments was within the overall control of the Miami-Dade county government.

2. Contracts with suppliers, contractors, and vendors to obtain materials and services for Miami-Dade Transit were entered by Miami-Dade acting through Miami-Dade Transit. Payments due to these suppliers, contractors, and vendors pursuant to these contracts were made by Miami-Dade Finance.

3. Among other functions, Miami-Dade Transit was responsible for developing, coordinating, and operating Miami-Dade's various transportation networks, including the Metrorail system. Miami-Dade's Metrorail system consisted of approximately 25 miles of dual elevated commuter rail track serving various areas of Miami-Dade via a number of different lines and routes.

4. The Track and Guideway unit of Miami-Dade Transit was responsible for both the structural maintenance of the Metrorail facilities, such as stations and garages, and for the maintenance and repair of the Metrorail lines, including the repair and replacement of the track, ties, fasteners, and switches used by the Metrorail system.

5. Defendant **DALE ROBINSON** was the acting General Superintendent and lead Rail Structure and Track Supervisor in the Track and Guideway unit of Miami-Dade Transit. **DALE ROBINSON's** responsibilities included making recommendations regarding contractors as part of the process used to select contractors to do maintenance and repair work on the Metrorail lines, supervision and inspection of work done by contractors, and also supervision and inspection of

work done by Miami-Dade Transit employees working in the Track and Guideway unit. As an employee of Miami-Dade Transit, **DALE ROBINSON** was an agent of Miami-Dade.

6. Defendant **MARCIA ROBINSON** was an individual residing in Maryland. **MARCIA ROBINSON** was the wife of **DALE ROBINSON**.

7. Tailored Railroads & Consulting LLC ("Tailored Railroads") was a Maryland Limited Liability Company established on or about January 29, 2021. **MARCIA ROBINSON** filed the Articles of Organization for Tailored Railroads, and was its sole Authorized Person and Resident Agent.

8. Jessie Bledsoe was a resident of North Dakota.

9. JB Railroad Contracting, Inc. ("JB Railroad") was a company based in North Dakota that did railroad track and rail replacement, repair, and maintenance work throughout the United States, including on the Metrorail pursuant to contracts entered into with Miami-Dade through Miami-Dade Transit. Jessie Bledsoe was the operator and co-owner of JB Railroad.

10. As part of its operations, Miami-Dade Transit entered contracts with outside companies to provide various services necessary for the safe and efficient operation, repair, replacement, and maintenance of the Metrorail track and other facilities.

11. While Miami-Dade Transit generally used a competitive bidding process for the selection of contractors, due to the disruption caused by the COVID-19 pandemic, at various times during 2020 and 2021, Miami-Dade Transit instead employed emergency procurement bid waivers and selected contractors without any competitive bidding process.

12. In or around May 2020, Miami-Dade, through Miami-Dade Transit, entered into an Emergency Metrorail Track Fastener Replacement Contract with JB Railroad for the removal and

replacement of track fasteners on the Metrorail track. On or about February 18, 2021, a third purchase order was issued to JB Railroad under an extension of this contract for the removal and replacement of an additional 25,000 track fasteners in exchange for an additional payment of $1,500,000 upon completion of the work. JB Railroad submitted invoices and received payment for the work done under this third purchase order during the period of on or about March 4, 2021 through on or about July 9, 2021.

13. On or about February 9, 2021, JB Railroad submitted a bid to Miami-Dade to do thermite welding work for Miami-Dade Transit under Contract 9418-0/16. On or about February 26, 2021, a purchase order was issued to JB Railroad under this contract for thermite welding and rail changes in exchange for the payment of up to $305,100. JB Railroad submitted invoices and received payment for the work done under this purchase order during the period of on or about May 4, 2021 through on or about March 21, 2022.

## COUNT 1
### Bribery Concerning Programs Receiving Federal Funds
### (18 U.S.C. §§ 666(a)(1)(B) & 2)

1. Paragraphs 1 through 13 of the General Allegations Section of this Information are realleged and incorporated herein as if set forth in full.

2. Miami-Dade was a local government that received benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance during the one-year period of calendar year 2021 and the one-year period of calendar year 2022.

3. In or around January 2021, **DALE ROBINSON** solicited money from Jessie Bledsoe intending to be influenced in connection with his part of the selection process relating to the

contracts and purchase orders that JB Railroad was receiving to do work for Miami-Dade Transit. Jessie Bledsoe agreed to pay **DALE ROBINSON** in a concealed fashion by making payments from the account of JB Railroad to an entity to be specified by **DALE ROBINSON**.

4. In or around January 2021, **DALE ROBINSON** directed **MARCIA ROBINSON** to create Tailored Railroads and to open a company checking account in the name of Tailored Railroads on which she would serve as the sole signatory. **DALE ROBINSON** then provided the information about Tailored Railroads to Jessie Bledsoe so that Jessie Bledsoe could disguise the payments intended for **DALE ROBINSON** by making them via checks from JB Railroad to Tailored Railroads for the benefit of **DALE ROBINSON**. These payments intended for **DALE ROBINSON** were made in response to invoices Tailored Railroads sent to JB Railroad, even though Tailored Railroads provided no goods or services to JB Railroad.

5. From in or around January 2021, and continuing through in or around March, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DALE ROBINSON,**

an agent and employee of Miami-Dade County, did corruptly solicit and demand for the benefit of any person, and accept and agree to accept, anything of value, that is approximately $75,956 in checks paid by JB Railroad to Tailored Railroads, intending to be influenced and rewarded in connection with any business, transaction, and series of transactions of such organization, government, and agency involving anything of value of $5,000 or more, that is business, a transaction, and a series of transactions that would result in JB Railroad obtaining purchase orders from Miami-Dade Transit to do work on the Metrorail system, in violation of Title 18, United States Code, Sections 666(a)(1)(B) and 2.

## COUNT 2
### Misprision of Felony
### (18 U.S.C. § 4)

1. Paragraphs 1 through 13 of the General Allegations Section and paragraphs 3 and 4 of Count 1 of this Information are realleged and incorporated herein as if set forth in full.

2. From in or around January, 2021, and continuing through in or around March 2022, in Miami-Dade County, in the Southern District of Florida, the District of Maryland, and elsewhere, the defendant,

**MARCIA ROBINSON,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, bribery concerning programs receiving Federal funds, in violation of Title 18, United States Code, Section 666(a)(1)(B), did conceal the same by creating Tailored Railroads and sending invoices to JB Railroad, which allowed **DALE ROBINSON** to use Tailored Railroads to receive bribe payments from Jessie Bledsoe, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DALE ROBINSON**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 666(a)(1)(B), as alleged in this Information, the defendant **DALE ROBINSON** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds

traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2461(c).

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-20168-MOORE/D'ANGELO

v.

DALE ROBINSON and
MARCIA ROBINSON,
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [x] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____.
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _/s/ Edward N. Stamm_
Edward N. Stamm
Assistant United States Attorney
FL Bar No.       373826

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DALE ROBINSON

**Case No**: _____

Count #: 1

Bribery Concerning Programs Receiving Federal Funds

18 U.S.C. § 666(a)(1)(B)
* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000 or twice gross gain or loss from offense, whichever is greater
* Special Assessment: $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MARCIA ROBINSON

**Case No**:

Count #: 2

Misprision of Felony

18 U.S.C. § 4
* Max. Term of Imprisonment: 3 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 1 year
* Max. Fine: $250,000 or twice gross gain or loss from offense, whichever is greater
* Special Assessment: $100

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. **25-CR-20168-MOORE/D'ANGELO** |
| DALE ROBINSON ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jose Quiñon, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. **25-CR-20168-MOORE/D'ANGELO** |
| MARCIA ROBINSON, ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David Rothman, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*